IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ellen P. Gilleran<br>Frank X. Gilleran<br>Debtor(s) | CHAPTER 13 |
| NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Movant<br>vs. | NO. 16-03627 HWV |
| Ellen P. Gilleran<br>Frank X. Gilleran<br>Debtor(s) | |
| Charles J. DeHart, III Esq.<br>Trustee | |

## ORDER

Upon consideration of the Motion filed by NewRez LLC d/b/a Shellpoint Mortgage Servicing, it is **Ordered** and **Decreed** that the Motion is granted, and the hearing on the Motion for Relief from the Automatic Stay scheduled for January 5, 2021 is hereby continued to February 9 2021 at 9:30 a.m., Ronald Reagan Federal Building, Third Floor, 228 Walnut Street, Harrisburg, PA.

Dated: December 30, 2020

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (JG)