Certificate Number: 05781-PAM-DE-035919066

Bankruptcy Case Number: 16-03627


05781-PAM-DE-035919066

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2021, at 9:29 o'clock AM PDT, Frank Gilleran completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 16, 2021

By: /s/Allison M Geving

Name: Allison M Geving

Title: President