Certificate Number: 05781-PAM-DE-035919067

Bankruptcy Case Number: 16-03627


05781-PAM-DE-035919067

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 16, 2021</u>, at <u>9:29</u> o'clock <u>AM PDT</u>, <u>Ellen Gilleran</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>August 16, 2021</u>      By:   <u>/s/Allison M Geving</u>

                                                                           Name: <u>Allison M Geving</u>

                                                                           Title: <u>President</u>